## Richard W. Pollard, Appellee, v. G. & J. Coal Company, Appellant.

### Gen. No. 23,239.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. ARNOLD HEAP, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed March 12, 1918. Rehearing denied March 23, 1918.

### Statement of the Case.

Action by Richard W. Pollard, plaintiff, against G. & J. Coal Company, a corporation, defendant, to recover the sum of $66, being the aggregate amount of eight coupons representing accrued interest due upon certain bonds issued by defendant. From a judgment for plaintiff, defendant appeals.

EDMUND S. CARR, for appellant.

WILLIAM CAPESIUS, for appellee.

MR. JUSTICE MATCHETT delivered the opinion of the court.

### Abstract of the Decision.

1. FRAUD, § 87*—*when not presumed.* Fraud is never presumed and must be proved by the party alleging it and by clear and convincing evidence.

2. BILLS AND NOTES, § 375*—*when presumed negotiable paper is issued for valuable consideration.* Negotiable paper which has been executed and delivered is presumed to have been regularly issued for a valuable consideration.

3. BILLS AND NOTES, § 375*—*when presumption that bond coupons were issued for valuable consideration not overcome.* Evidence *held* insufficient to overcome the presumption that certain bond coupons issued by defendant corporation and delivered were regularly issued for a valuable consideration.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.